ORDERED.

Dated: September 29, 2021

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

In re: WALLACE NEAL,

    Debtor,
_____/

Case No.: 2:15-bk-08888-FMD

WALLACE NEAL,

    Adversary Plaintiff,

v.

U.S DEPARTMENT OF EDUCATION
and FEDLOAN SERVICING,

    Adversary Defendants.
_____/

Adversary Proceeding
Case No.: 2:21-ap-00007-FMD

### AGREED ORDER AS TO DISCHARGEABILITY OF STUDENT LOAN DEBT

**THIS MATTER** came on for consideration with the consent of both parties pursuant to Local Rule 9072-1(4), by submission of this Order for entry, the submitting counsel represents that the opposing party consents to its entry.

Accordingly, it is hereby **ORDERED:**

1.    Repayment of the Debtor's student loan debt owed to the U.S. Department of Education would pose an undue hardship upon the Debtor.

2

     2.     The debts owed to the U.S. Department of Education, listed on Schedule F of the Debtor's schedules in the aggregate amount of $35,457 together will accrued interest from the petition date, are therefore discharged.

     3.     The Parties will submit a proposed final judgment consistent with the terms of this Order.

Agreed to as to form and content:

| | |
|---|---|
| /s/David M. Lampley | /s/David P. Sullivan |
| David M. Lampley, Esq. | David P. Sullivan, Esq. |
| Attorney for Debtor/Adversary Plaintiff | Attorney for Adversary Defendants |

Attorney David Lampley is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.